Case 1:14-cv-01094-CMA   Document 19   Filed 05/23/14   USDC Colorado   Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-01094-CMA-CBS

DAVID KOLKO,
LUIS ALBERTO ROJAS GOMEZ, and
AMERICAN IMMIGRATION LAWYERS
ASSOCIATION, COLORADO CHAPTER,

      Petitioners,

v.

DENNIS HALE, Acting Regional Director of Federal
Protective Service, Region 8, Denver District;
L. ERIC PATTERSON, Director, Federal Protective
Services, Department of homeland Security;
JEH JOHNSON, Secretary, Department of homeland Security; and
DEPARTMENT OF HOMELAND SECURITY,

      Respondents.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

Pursuant to and in accordance with [Fed. R. Civ. P. 41 (a) (1)(A)(i) and the Notice of Voluntary Dismissal of Habeas Corpus Petition and Motion for Declaratory and Injunctive Relief (Doc. #18), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITHOUT PREJUDICE, each party to pay its own attorney fees and costs.

DATED: May 23, 2014

BY THE COURT:

*Christine M Arguello*

_____

CHRISTINE M. ARGUELLO

United States District Court Judge